UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ANTHONY EBANIZ,<br><br>Defendants. | No. 1:12-CR-00101 LJO<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that the Petition Alleging a Violation of Supervised Release submitted to the Court on July 23, 2018 in the above-entitled case be dismissed without prejudice.

The contested hearing currently set for September 24, 2018 is VACATED. The defendant shall be released forthwith.

**IT IS SO ORDERED.**

**Dated: September 21, 2018**     /s/ Lawrence J. O'Neill
**UNITED STATES CHIEF DISTRICT JUDGE**

1